UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
MD ABDUL ALIM, :
:
Plaintiff, :
: 21-cv-02234 (LJL)
-v- :
: ORDER
UNITED STATES OF AMERICA, :
:
Defendant. :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

     As discussed at the Status Conference held in this matter on June 10, 2022, the following schedule for motions and trial have been set.  Summary Judgment motions are due August 12, 2022. Opposition briefs are due September 9, 2022.   Reply briefs are due September 16, 2022. The deadline for parties to file a joint pretrial order and in limine motions is February 13, 2023.  Responses are due February 21, 2023. A Final Pretrial Conference is scheduled for February 22, 2023 at 2:00PM in Courtroom 15C of the 500 Pearl Street Courthouse.   A Bench Trial is scheduled for February 27, 2023 at 9:00AM in Courtroom 15C of the 500 Pearl Street Courthouse.

     SO ORDERED.

Dated: June 15, 2022
       New York, New York
                                                   LEWIS J. LIMAN
                                                United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/15/2022