**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MD ABDUL ALIM,

                Plaintiff,                        21 **CIVIL** 2234 (LJL)

      -against-                        **<u>JUDGMENT</u>**

UNITED STATES OF AMERICA,

                Defendant.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated April 13, 2023, the Court finds that Plaintiff is not entitled to damages under the FTCA; Accordingly, this case is closed.

**Dated:** New York, New York
       April 14, 2023

                                                          **RUBY J. KRAJICK**

                                                                   **Clerk of Court**
      **BY:**

                                                                   **Deputy Clerk**